**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
Case No. 14-22260-CIV-SEITZ

INGRID AYA,

    Plaintiff,

v.

LAN CARGO, S.A.,

    Defendant.

_____/

## ORDER GRANTING SUMMARY JUDGMENT AND DISMISSING CASE

This case arises out of injuries suffered by Plaintiff's pet dog Goofy while in the charge of Defendant Lan Cargo, an international air carrier hired by Plaintiff to transport Goofy to Colombia. Currently before the Court is Defendant's Amended Motion for Summary Judgment [DE-31], to which Plaintiff has not responded.

Under the Montreal Convention, "no action shall lie against the carrier" unless the "person entitled to delivery" submits a written complaint to the carrier within 14 days of the discovery of the damage. Convention for the Unification of Certain Rules for International Carriage by Air, art. 31, May 28, 1999, S. Treaty Doc. No. 106–45, 2242 U.N.T.S. 350. The notice requirement is not satisfied by a carrier's actual or constructive knowledge of the damage. *Onyeanusi v. Pan Am*, 952 F.2d 788, 794 (3d Cir. 1992) (citing *Stud v. Trans Int'l Airlines*, 727 F.2d 880, 883 (9th Cir. 1984).

The Court previously denied Defendant's first motion for summary judgment in order to allow discovery into whether the Miami-Dade Animal Services Department, acting as Plaintiff's authorized agent, had provided written notice to Defendant. However, the Court cautioned Plaintiff: "If this discovery does not provide definitive proof that Defendant received the requisite timely written notice, the Court expects Plaintiff to dismiss this case voluntarily." [DE-21 at 2.]

Now that discovery has closed, Defendant has renewed its motion for summary judgment. [DE-31.] Because Defendant's motion was filed and served on February 5, 2015, Plaintiff's response was due by February 23, 2015. *See* Local Rule 7.1(c)(1)(A). Plaintiff has not responded.

Defendant states that it never received written notice of Plaintiff's claim, and it supports this with a declaration from its Cargo Claims Manager. [DE-31 ¶10; DE-31-1 at 6.] Because Defendant has provided record evidence to support its assertion, and Plaintiff has failed to respond, the Court will treat this fact as undisputed under Federal Rule 56(e)(2) and Local Rule 56.1(b). Because Defendant did not receive written notice of Plaintiff's claim within 14 days of discovering the damage, the Montreal Convention bars Plaintiff's claim. Accordingly, it is hereby

ORDERED that

1) Defendant's motion for summary judgment [DE-31] is GRANTED.
2) This case is DISMISSED WITH PREJUDICE.
3) All pending deadlines and upcoming hearings are CANCELLED.
4) This case is CLOSED for statistical purposes.

DONE AND ORDERED in Miami, Florida, this 25 day of February, 2015.

*[signature]*
PATRICIA A. SEITZ
UNITED STATES DISTRICT JUDGE